[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-15414
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 19, 2009
THOMAS K. KAHN
CLERK

D.C. Docket No. 05-00477-CR-CC-5-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SERGIO BEJARANO,
a.k.a. Sergio,
a.k.a. Inginero,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Northern District of Georgia

_____

(June 19, 2009)

Before BLACK, MARCUS and FAY, Circuit Judges

PER CURIAM:

Mary Erickson, appointed counsel for Sergio Bejarano in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bejarano's conviction and sentence are **AFFIRMED**. Bejarano's motion for appointment of counsel on appeal is **DENIED AS MOOT**.